Barry E. Borowitz, Bar # 167418
M. Erik Clark, Bar # 188693
Nancy B. Clark, Bar # 207024
**BOROWITZ, LOZANO & CLARK, LLP**
100 N. Barranca Avenue, Suite 250
West Covina, CA 91791
Telephone (626) 332-8600
Facsimile (626) 332-8644

Attorney for Debtors

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re | Case No.: 1:08-bk-14725GM |
| | Chapter 13 |
| NORMAN LEFF | **DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL** |
| and | |
| ROSITA BLONES LABARDA LEFF, | |
| Debtors | |

Norman Leff and Rosita Blones Labarda Leff ("Appellees") the appellees herein, respectfully submits the following Designation of Additional Items to be Included in the Record on Appeal in accordance with Federal Rules of Bankruptcy Procedure 8006, in connection with the appeal from the Bankruptcy Court's Order on Memorandum of Opinion entered on April 28, 2009.

///

///

-1-

-2-

## Items to be Added to the Record on Appeal

1. Transcript of October 14, 2008 Hearing on Chapter 13 Confirmation.

Respectfully submitted by:

Date: 5/27/09

Nancy B. Clark
Attorney for Debtors

| In re:<br>Norman Leff & Rosita Blones Labarda Leff | CHAPTER 13 |
|---|---|
| Debtor(s). | CASE NUMBER SV08-14725-GM |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
100 N. Barranca Avenue, Suite 250, West Covina, CA 91791

The foregoing document described **Designation of Additional Items to be Included in the Record on Appeal** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On __May 28, 2009__ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

**Judge:** Honorable Geraldine Mund, United States Bankruptcy Court, 21041 Burbank Blvd., Suite 342, Woodland Hills, CA 91367
**Chapter:** Elizabeth F. Rojas, Chapter 13 Trustee, 15060 Ventura Blvd., Suite 240, Sherman Oaks, CA 91403
**Debtor(s):** Norman Leff & Rosita Blones Labarda Leff, 2226 Compote Circle, Palmdale, CA 93551
**Attorney for Creditor:** Lee S. Raphael, Polk, Prober & Raphael, A Law Corporation, 20750 Ventura Boulevard, Suite 100, Woodland Hills, CA 91364
**Additional Address for Creditor's Attorney:** Lee S. Raphael, P.O. Box 4365, Woodland Hills CA 91365-4365

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| May 28, 2009 | Nancy Montes | *[signature]* |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

**F 9013-3.1**